# United States District Court
## Violation Notice

CVB Location Code: **CA12**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6135465 | Byrd, P. | CID10106 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 09/09/2020, 0923 | 18 USC 661 |

Place of Offense: NAVY EXCHANGE, Bldg 472, 2912 NIMITZ Blvd, SAN DIEGO, CA

Offense Description: Factual Basis for Charge — HAZMAT ☐
THEFT OF NAVY CAPT/CDR COMBO COVER, UPC # 043589171150, Retail: $103.70

**DEFENDANT INFORMATION** Phone: (858) 888-1907

Last Name: CARLSON   First: ~~JOHN~~ JON   M.I.: M

Street Address: [REDACTED]

| Tag No. | State | Year | Make | Model | Color |
|---|---|---|---|---|---|
| CA187DP | CA | 03 | HUMMER | B? | white |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 880 FRONT ST. SAN DIEGO, CA 92101

Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]
(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **23 SEP**, 20 **20** while exercising my duties as a law enforcement officer in the **Southern** District of **California**

At 0923, 09Sep20, the defendant, Jon Martin CARLSON, was captured on CCTV in the uniform isle at the Nimitz NEX in Point Loma, CA. The defendant opened a box and removed a white, fully assembled Captain/Commander Combination Hat, retailing for $103.70, and placed it on a shelf, and returned the box to its original location. The defendant then carried the hat to an adjacent isle and placed it into a blue shoulder bag and departed the NEX. The defendant entered the driver seat of a white Hummer, CA Disabled Person License Plate #CA187DP, and drove away. The defendant was tracked using CA DMV and DOI records, and upon arriving for a scheduled interview, voluntarily returned the hat in like new condition. The defendant exercised his right to remain silent, but admitted taking the hat. NEX video surveillance footage and the combination hat are in evidence for safekeeping.

The foregoing statement is based upon:
☐ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **09/23/2020**
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident